JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL WEINBERG, ARIEL HAZI, LIOR HARAMATY, and NEUROSTEER, INC.,

Plaintiffs,

v.

NATHAN INTRATOR, and DOES 1 through 50, inclusive,

Defendants.

NATHAN INTRATOR, PH.D., individually and derivatively on behalf of NEUROSTEER, INC.,

Counterclaim-Plaintiffs,

vs.

PAUL WEINBERG, ARIEL HAZI, and LIOR HARAMATY,

Counterclaim-Defendants,

and

NEUROSTEER, INC.,

Nominal Counterclaim-Defendant.

Case No. 2:26-cv-04026-CV-PVC

**ORDER DISMISSING CASE WITH PREJUDICE**

On October 7, 2026, the Parties filed a Stipulation to Dismiss Case ("Stipulation"). Doc. # 41. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and DISMISSES this Case WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: October 13, 2026

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE